

NEW YORK
110 East 59th Street, Suite 2200
New York, New York 10022

HOUSTON
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002

713 860 1600  telephone
713 860 1699  facsimile
www.ajamie.com

John S. "Jack" Edwards, Jr.
jedwards@ajamie.com

*Via ECF*                                              January 20, 2025

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

      Re:    No. 24-50976; *Esquivel, et al. v. Whataburger Restaurants LLC, et al.*
              USDC No. 5:24-CV-310

Dear Mr. Cayce:

      This letter is to confirm that Plaintiff-Appellant Manuel Esquivel has paid the court of appeals filing and docketing fee to the district court clerk. *See* ECF No. 35 in *Esquivel v. Whataburger Restaurants LLC et al.*, No. 5:24-cv-00310 (W.D. Tex.).

                                                      Sincerely,

                                                      */s/ John S. "Jack" Edwards, Jr.*

                                                       John S. "Jack" Edwards, Jr.

cc:  All counsel of record (via ECF)