# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 06, 2025

Ms. Natsumi Covey
Valkenaar, P.L.L.C.
7898 Broadway
Suite 120
San Antonio, TX 78209

Ms. Lauren Valkenaar
Valkenaar, P.L.L.C.
7898 Broadway
Suite 120
San Antonio, TX 78209

   No. 24-50976   Esquivel v. Whataburger
                  USDC No. 5:24-CV-310

Dear Ms. Covey, Ms. Valkenaar,

The deadline to file the appellee's brief for DOES No. 1-20 expired on April 23, 2025, see Fed. R. App. P. 31(a)(1). If you wish to file a brief, we should receive it along with a motion to file the brief out of time within 10 days from this date. If we receive no response to this letter, we will submit the case to the court on the record and briefs already on file.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Lisa E. Ferrara, Deputy Clerk
                              504-310-7675

   Mr. Alec Berin
   Mr. Jeremy Paul Blumenfeld
   Mr. John Saul Edwards Jr.
   Mr. Dylan Fedderman
   Mr. Michael E. Kenneally
   Mr. James Edward Miller
   Mr. James C. Shah