

**Lauren A. Valkenaar**
Managing Member

lvalkenaar@valkenaarlaw.com | 210.239.0321
7898 Broadway, Suite 120, San Antonio 78209

May 7, 2025

**VIA ECF**:

Lyle W. Cayce - Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    RE:    No. 24-50976; *Esquivel, et al. v. Whataburger Restaurants LLC, et al.*, USDC No. 5:24-CV-310

Dear Mr. Cayce:

I write in response to your letter dated yesterday regarding the deadline to file an appellee's brief for DOES No. 1-20. This firm does not represent "DOES No. 1-20."

Ms. Covey and I filed Notices of Appearance [see ECF nos. 27 and 28] in this matter on January 17, 2025, to enter our appearances as Counsel for Whataburger Restaurants LLC, The Board of Directors of Whataburger Restaurants LLC, and The Whataburger 401(k) Savings Plan Administrative Committee (f/k/a the Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee) (collectively, "Whataburger").

We did not enter an appearance for "DOES Nos. 1-20." However, it seems that at or around the time of these filings, on PACER Ms. Covey and I were entered as Counsel of Record for "DOES No. 1-20" [see ECF nos. 30 and 31].

Plaintiff/Appellant Manuel Esquivel's Class Action Complaint identified "DOES No. 1-20, who are current or former members of the Board and Committee or other fiduciaries of the Plan whose names are currently unknown". "DOES No. 1-20" is not an entity, but rather a placeholder where Plaintiff may later try to add Defendants once they become known to Plaintiff.

We therefore respectfully ask the Clerk of Court to correct the docket to reflect that there is no counsel of record for "DOES NO. 1-20" and correct the Attorney Toolbox Party Type/Name from Appellee DOES No. 1-20 to Appellee Whataburger. Please do not hesitate to contact me should you have any questions.

                                            Sincerely,

                                            Lauren A. Valkenaar

CC:    All Counsel of Record (via ECF)