# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 23, 2025

Mr. Jeremy Paul Blumenfeld
Morgan, Lewis & Bockius, L.L.P.
2222 Market Street
Philadelphia, PA 19103-3007

Mr. James Edward Miller
Miller Shah, L.L.P.
65 Main Street
Chester, CT 06412

    No. 24-50976    Esquivel v. Whataburger
                         USDC No. 5:24-CV-310

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Charles B. Whitney, Deputy Clerk
                         504-310-7679

cc:
   Mr. Alec Berin

Ms. Natsumi Covey
Mr. John Saul Edwards Jr.
Mr. Dylan Fedderman
Mr. Michael E. Kenneally
Mr. James C. Shah
Ms. Lauren Valkenaar