# No. 24-50976

# In the United States Court of Appeals
FOR THE FIFTH CIRCUIT

MANUEL ESQUIVEL, Individually and as a representative of a class of similarly situated persons, on behalf of the Whataburger 401(k) Savings Plan formerly known as the Whataburger Profit Sharing and 401(k) Savings Plan,
*Plaintiff - Appellant*

v.

WHATABURGER RESTAURANTS, L.L.C.; THE BOARD OF DIRECTORS OF WHATABURGER RESTAURANTS, L.L.C.; THE WHATABURGER 401(K) SAVINGS PLAN ADMINISTRATIVE COMMITTEE, formerly known as The Whataburger Profit Sharing and 401(k) Savings Plan Administrative Committee; DOES No.1-20, Whose Names Are Currently Unknown,
*Defendants - Appellees*

On Appeal from the United States District Court for the Western District of Texas
No. 24-cv-310, Honorable Xavier Rodriguez

## AGREED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1, Plaintiff-Appellant Manuel Esquivel respectfully moves for voluntary dismissal of his December 9, 2024 appeal, with each party to bear its own costs. The parties in this case have submitted briefing on the appeal. The Court has been scheduled for oral argument on September 3, 2025.

Pursuant to Fifth Circuit Rule 27.4, counsel for Plaintiff-Appellant has contacted counsel for the Defendants-Appellees regarding this Motion and is authorized to state that this Motion is unopposed.

Dated: July 25, 2025                                   Respectfully submitted,

                                                       */s/ James C. Shah*

                                                       **MILLER SHAH LLP**
                                                       James C. Shah, Pro Hac Vice
                                                       1845 Walnut Street, Suite 806
                                                       Philadelphia, PA 19103
                                                       866-540-5505
                                                       jcshah@millershah.com
                                                       *Attorney for Plaintiff*