# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 25, 2025

Mr. Philip Devlin
Western District of Texas, San Antonio
United States District Court
262 W. Nueva Street
Suite G65
San Antonio, TX 78207

    No. 24-50976    Esquivel v. Whataburger
                           USDC No. 5:24-CV-310

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Lisa E. Ferrara, Deputy Clerk
                504-310-7675

cc w/encl:
    Mr. Alec Berin
    Mr. Jeremy Paul Blumenfeld
    Ms. Natsumi Covey
    Mr. John Saul Edwards Jr.
    Mr. Dylan Fedderman
    Mr. Michael E. Kenneally
    Mr. James Edward Miller
    Mr. James C. Shah
    Ms. Lauren Valkenaar